UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ARLENE M. BUTLER,

                Plaintiff,

    v.                                          6:03-CV-491

MICHAEL J. ASTRUE, Commissioner of Social
Security,[1]

                Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OFFICE OF WAYNE M. CHARIFF<br>Attorney for Plaintiff<br>19 Chenango Street<br>1204 Press Building<br>Binghamton, NY 13901 | WAYNE M. CHARIFF, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br>Northern District of New York<br>Attorney for Defendant<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, NY 13261 | WILLIAM H. PEASE<br>Assistant United States Attorney |

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate

Judge Randolph F. Treece, duly filed on the 22nd day of August, 2007. Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael J. Astrue is substituted as the Defendant in this suit.

by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Commissioner's decision denying disability benefits is affirmed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: September 7, 2007
       Syracuse, New York


Norman A. Mordue
Chief United States District Court Judge